IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02085-CMA-MJW

ROBERT TURNER,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC., A Delaware Corporation,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE ( Docket no. 14 )

---

This matter comes before the Court on Defendant's Stipulated Motion To Vacate Settlement Conference. The Court, having considered the Motion and being fully advised in the premises,

hereby GRANTS the Motion. The Settlement Conference scheduled for January 31, 2012, is VACATED.

Dated this 2?th day of January, 2012.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO