# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 11-cv-02085-CMA-MJW

ROBERT TURNER,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 50), filed December 12, 2012, and signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Final Trial Preparation Conference set for January 11, 2013, and the five-day Jury Trial set to commence January 28, 2013, are VACATED.

DATED:  December __12__, 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge